| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Daniel A. Degroat<br>First Name  Middle Name  Last Name | Social Security number or ITIN: | xxx–xx–9349 |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN: | _ _ _ _ |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | District of New Jersey | Date case filed in chapter: | 13  2/15/17 |
| Case number: | 17–12875–CMG | Date case converted to chapter: | 7  7/20/17 |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Daniel A. Degroat | |
| 2. | **All other names used in the last 8 years** | fdba Dynasty Delivery Service, LLC. | |
| 3. | **Address** | 93 Glenview Lane<br>Willingboro, NJ 08046 | |
| 4. | **Debtor's attorney**<br>Name and address | Kevin C. Fayette<br>Quigley & Fayette, LLC<br>1675 Whitehorse Mercerville Road<br>Suite 204<br>Hamilton, NJ 08619 | Contact phone (609) 584–0600 |
| 5. | **Bankruptcy trustee**<br>Name and address | Daniel E Straffi<br>Straffi & Straffi, LLC<br>670 Common Way<br>Toms River, NJ 08755 | Contact phone 732–341–3800 |

**For more information, see page 2 >**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. (800) 676−6856 | 402 East State Street<br>Trenton, NJ 08608<br>Additional information may be available at the Court's Web Site:<br>www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays)<br><br>Contact phone 609−858−9333<br><br>Date: 7/21/17 |
| **7. Meeting of creditors**<br><br>**Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.**<br><br>All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **August 21, 2017 at 10:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Clarkson S. Fisher Federal Courthouse, 402 East State Street, Room 129, Trenton, NJ 08608−1507** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 10/20/17** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

```
                          United States Bankruptcy Court
                               District of New Jersey
In re:                                                        Case No. 17-12875-CMG
Daniel A. Degroat                                             Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin              Page 1 of 2          Date Rcvd: Jul 21, 2017
                              Form ID: 309A            Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 23, 2017.
db           +Daniel A. Degroat,    93 Glenview Lane,    Willingboro, NJ 08046-3230
516645903    +ARS/Account Resolution Specialist,    Po Box 459079,    Sunrise, FL 33345-9079
516645905    +Chase Auto,    P.O. Box 901003,    Fort Worth, TX 76101-2003
516911085     Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
               Kirkland, WA 98083-0657
516871306     Emergency Physician Associates of S. Jersey, PC,    PO Box 1123,    Minneapolis MN 55440-1123
516645908    +First Federal Credit & Collections,    24700 Chagrin Blvd,    Suite 205,
               Cleveland, OH 44122-5662
516645909     Fst Premier,    601 S Minneapolis Ave,    Sioux Falls, SD 57104
516876247     JPMorgan Chase Bank, N.A.,    National Bankruptcy Department,    P.O. BOX 901032,
               Ft. Worth, TX 76101-2032
516645910    +Just Four Wheels, Inc.,    324 E. White Horse Pike,    Galloway, NJ 08205-9565
516645911     Macy's,    P.O. Box 78008,    Phoenix, AZ 85062-8008
516645912    +Mariner Finance,    8211 Town Center Dr,    Nottingham, MD 21236-5904
516645913    +North American Equipment Finance,    4651 Sheridan Street,    Suite 335,
               Hollywood, FL 33021-3400
516645914    +Ransome Idealease, LLC.,    4055 Richmond Street,    Philadelphia, PA 19187-0001
516645915    +The Bank of New York Mellon FKA The Bank,    of New York,    C/O KML Law Group, PC,
               216 Haddon Avenue, Ste. 406,    Westmont, NJ 08108-2812
516791444    +The Bank of New York Mellon Trustee (See 410),    c/o Specialized Loan Servicing LLC,
               8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
516645916    +Thrift Investment Corp,    720 King George Post Rd,    Fords, NJ 08863-1985
516645918    +Visa Dept Store National Bank,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
516645919    +WaWa, Inc.,    260 W. Baltimore Avenue,    Wawa, PA 19063-3107
516645920    +William E. Brewer,    P.O. Box 1001,    Marmora, NJ 08223-5001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           E-mail/Text: lawoffices@quigleyfayette.com Jul 21 2017 23:12:45     Kevin C. Fayette,
               Quigley & Fayette, LLC,    1675 Whitehorse Mercerville Road,    Suite 204,    Hamilton, NJ 08619
tr           +EDI: QDESTRAFFI.COM Jul 21 2017 23:03:00      Daniel E Straffi,    Straffi & Straffi, LLC,
               670 Common Way,    Toms River, NJ 08755-6431
smg           E-mail/Text: usanj.njbankr@usdoj.gov Jul 21 2017 23:13:39     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 21 2017 23:13:35     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
516645902    +EDI: AFNIRECOVERY.COM Jul 21 2017 23:03:00      Afni,    Po Box 3427,
               Bloomington, IL 61702-3427
516645904    +E-mail/Text: banko@berkscredit.com Jul 21 2017 23:13:13     Berks Credit & Collections,
               Po Box 329,    Temple, PA 19560-0329
516645906    +EDI: CAUT.COM Jul 21 2017 23:03:00      Chase Auto Finance,    National Bankruptcy Dept,
               201 N Central Ave Ms Az1-1191,    Phoenix, AZ 85004-1071
516645907    +EDI: CCS.COM Jul 21 2017 23:03:00      Credit Collections Svc,    Po Box 773,
               Needham, MA 02494-0918
516883242     EDI: CAUT.COM Jul 21 2017 23:03:00     JP Morgan Chase Bank,    POB 29505,
               Phoenix, AZ 85038-9505
516899203    +EDI: JEFFERSONCAP.COM Jul 21 2017 23:03:00      Premier Bankcard, Llc,
               c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
516645917    +E-mail/Text: bankruptcydepartment@tsico.com Jul 21 2017 23:14:29     Transworld Sys Inc/51,
               Po Box 15618,    Wilmington, DE 19850-5618
                                                                                               TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516903024*   +MARINER FINANCE, LLC,    8211 TOWN CENTER DRIVE,    NOTTINGHAM, MD 21236-5904
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2017                                     Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin                Page 2 of 2                Date Rcvd: Jul 21, 2017
                              Form ID: 309A              Total Noticed: 30
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 21, 2017 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Brian C. Nicholas    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York,
               as Trustee for The Certificateholders of The CWABS, Inc., Asset-Backed Certificates, Series
               2006-15 bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Daniel E Straffi    dstraffi1@comcast.net,   dstraffi@ecf.epiqsystems.com
              Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York,
               as Trustee for The Certificateholders of The CWABS, Inc., Asset-Backed Certificates, Series
               2006-15 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Kevin C. Fayette    on behalf of Debtor Daniel A. Degroat lawoffices@quigleyfayette.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```