UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Daniel DeGroat

Case No.: 17-12875
Chapter: 7
Judge: CMG

**NOTICE OF PROPOSED ABANDONMENT**

__Daniel E. Straffi__, __Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| | |
|---|---|
| Address of the Clerk: | 402 East State Street<br>Trenton, NJ 08608 |

If an objection is filed, a hearing will be held before the Honorable __Christine M. Gravelle__ on __November 14, 2017__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __3__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| | |
|---|---|
| Description and value of property: | 836 Woodlane Rd<br>Edgewater, NJ<br>FMV - +/-$ 242,900.00 |

| | |
|---|---|
| Liens on property: | Specialized Loan Servicing - $549,111.55<br><br>Plus 10% Estimated Costs of Sale |

| | |
|---|---|
| Amount of equity claimed as exempt: | $-0- |

Objections must be served on, and requests for additional information directed to:

Name: Daniel E. Straffi, Esq.
Address: 670 Commons Way Toms River, NJ 08755
Telephone No.: 732-341-3800

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 17-12875-CMG
Daniel A. Degroat                                               Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin              Page 1 of 2           Date Rcvd: Oct 06, 2017
                            Form ID: pdf905          Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 08, 2017.
```
db              +Daniel A. Degroat,    93 Glenview Lane,    Willingboro, NJ 08046-3230
516645903       +ARS/Account Resolution Specialist,    Po Box 459079,    Sunrise, FL 33345-9079
516645905       +Chase Auto,    P.O. Box 901003,    Fort Worth, TX 76101-2003
516911085        Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                  Kirkland, WA 98083-0657
516871306        Emergency Physician Associates of S. Jersey, PC,    PO Box 1123,    Minneapolis MN 55440-1123
516645908       +First Federal Credit & Collections,    24700 Chagrin Blvd,    Suite 205,
                  Cleveland, OH 44122-5662
516645909        Fst Premier,    601 S Minneapolis Ave,    Sioux Falls, SD 57104
516876247        JPMorgan Chase Bank, N.A.,    National Bankruptcy Department,    P.O. BOX 901032,
                  Ft. Worth, TX 76101-2032
516645910       +Just Four Wheels, Inc.,    324 E. White Horse Pike,    Galloway, NJ 08205-9565
516645911        Macy’s,    P.O. Box 78008,    Phoenix, AZ 85062-8008
516645912       +Mariner Finance,    8211 Town Center Dr,    Nottingham, MD 21236-5904
516645913       +North American Equipment Finance,    4651 Sheridan Street,    Suite 335,
                  Hollywood, FL 33021-3400
516645914       +Ransome Idealease, LLC.,    4055 Richmond Street,    Philadelphia, PA 19187-0001
516645915       +The Bank of New York Mellon FKA The Bank,    of New York,    C/O KML Law Group, PC,
                  216 Haddon Avenue, Ste. 406,    Westmont, NJ 08108-2812
516791444       +The Bank of New York Mellon Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                  8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
516645916       +Thrift Investment Corp,    720 King George Post Rd,    Fords, NJ 08863-1985
516645918       +Visa Dept Store National Bank,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
516645919       +WaWa, Inc.,    260 W. Baltimore Avenue,    Wawa, PA 19063-3107
516645920       +William E. Brewer,    P.O. Box 1001,    Marmora, NJ 08223-5001
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Oct 06 2017 22:10:54     U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 06 2017 22:10:53     United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
516645902       +E-mail/Text: EBNProcessing@afni.com Oct 06 2017 22:11:02     Afni,    Po Box 3427,
                  Bloomington, IL 61702-3427
516645904       +E-mail/Text: banko@berkscredit.com Oct 06 2017 22:10:49     Berks Credit & Collections,
                  Po Box 329,    Temple, PA 19560-0329
516645906       +E-mail/Text: bk.notifications@jpmchase.com Oct 06 2017 22:10:51     Chase Auto Finance,
                  National Bankruptcy Dept,    201 N Central Ave Ms Az1-1191,    Phoenix, AZ 85004-1071
516645907       +E-mail/Text: bankruptcy_notifications@ccsusa.com Oct 06 2017 22:11:11
                  Credit Collections Svc,    Po Box 773,    Needham, MA 02494-0918
516883242        E-mail/Text: bk.notifications@jpmchase.com Oct 06 2017 22:10:51     JP Morgan Chase Bank,
                  POB 29505,    Phoenix, AZ 85038-9505
516899203       +E-mail/Text: JCAP_BNC_Notices@jcap.com Oct 06 2017 22:11:03     Premier Bankcard, Llc,
                  c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
516645917       +E-mail/Text: bankruptcydepartment@tsico.com Oct 06 2017 22:11:10     Transworld Sys Inc/51,
                  Po Box 15618,    Wilmington, DE 19850-5618
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516903024*      +MARINER FINANCE, LLC,    8211 TOWN CENTER DRIVE,    NOTTINGHAM, MD 21236-5904
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 08, 2017                                      Signature:  /s/Joseph Speetjens

```
District/off: 0312-3            User: admin                    Page 2 of 2               Date Rcvd: Oct 06, 2017
                                Form ID: pdf905                Total Noticed: 28
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 4, 2017 at the address(es) listed below:
          Brian C. Nicholas    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York,
           as Trustee for The Certificateholders of The CWABS, Inc., Asset-Backed Certificates, Series
           2006-15 bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Daniel E Straffi    on behalf of Trustee Daniel E Straffi dstraffi1@comcast.net,
           dstraffi@ecf.epiqsystems.com
          Daniel E Straffi    dstraffi1@comcast.net,    dstraffi@ecf.epiqsystems.com
          Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York,
           as Trustee for The Certificateholders of The CWABS, Inc., Asset-Backed Certificates, Series
           2006-15 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Kevin C. Fayette    on behalf of Debtor Daniel A. Degroat lawoffices@quigleyfayette.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```